# ORIGINAL

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
_11:30 A._M.
_Apr 6, 2007_
_n. Barnes_
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARGARET BEARD,          )
                              )
        Plaintiff,     )
                              )
vs.                       )     CASE NO. CV406-214
                              )
                              )
VADEN NISSAN, INC.,     )
                              )
        Defendant.     )
                              )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 12.) Therein, Plaintiff states that she wishes to dismiss all claims against Defendant in the above-captioned case. The stipulation is signed by Plaintiff and by counsel representing Defendant, and it complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED, this _6th_ day of April, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 MAR 14 AM 10: 31

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

MARGARET BEARD                          )
                                        )
          Plaintiff (pro se),           )
                                        )
     v.                                 )          Case No. CV 406-214
                                        )
VADEN NISSAN, INC.                      )
                                        )
          Defendant.                    )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the Plaintiff and Defendant, and inform the Court that the parties have settled

this matter and hereby dismiss this action with prejudice, each party to bear it's own attorneys'

fees and costs.

Respectfully submitted this  _1st_  day of March, 2007.

PLAINTIFF

Margaret Beard
1708 Shore Road
Northfeld, N.J.  08225
(609) 484-8059

SIGNED AND SWORN BEFORE A NOTARY PUBLIC

Notary Public      **DENISE ANN  LOMBARDI**
                   **NOTARY PUBLIC OF NEW JERSEY**
                   **My Commission Expires April 21, 2010**

COUNSEL FOR DEFENDANT

Walter J. Kruger III
Fisher & Phillips LLP
945 East Paces Ferry Road, Suite 1500
Atlanta, Georgia 30326
(404) 231-1400

Atlanta 1073686.1